**Fill in this information to identify the case:**

Debtor 1: LAVERN POLK

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 14-33669

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** BMO Harris Bank N.A.

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 0 4 5 9

**Property address:** 205 E. 16TH STREET
Number    Street

CHICAGO HEIGHTS    IL    60411
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / _____
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | LAVERN POLK | Case number (if known) | 14-33669 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

■ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Lourdes Chevrez
Signature

Date 04 / 01 / 2019

Print: Lourdes Chevrez
Title: Bankruptcy Specialist

Company: BMO Harris Bank N.A.

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO BOX 2035
Milwaukee WI 53201

Contact phone: 866 280 8434
Email: bankruptcy@bmo.com

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

IN RE:    RESPONSE TO NOTICE OF FINAL CURE

CASE NO.  14-33669

Debtor:   LAVERN POLK

CHAPTER:  13

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this April 1, 2019, served a copy of the Response to Notice of

Final Cure Payment upon all parties listed by placing the same into the United States mail

with adequate pre-paid postage thereon;

LAVERN POLK
205 E. 16TH ST.
CHICAGO HEIGHTS, IL 60411

RIGOBERTO GARCIA
20 S CLARK 28TH FLOOR
CHICAGO, IL 60603

TOM VAUGHN
55 E MONROE STREET SUITE 3850
CHICAGO, IL 60603

BMO Harris Bank, N.A.

By:  /s/ Lourdes Chevrez
       Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2